Derek N. JARVIS, Plaintiff–Appellant,

v.

The CHRISTMAS ATTIC,
Defendant–Appellee.

No. 13-2129.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2013.

Decided: Dec. 19, 2013.

---

Derek N. Jarvis, Appellant Pro Se.

Before KING, GREGORY, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis seeks to appeal the district court's order denying his motion to proceed in forma pauperis. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Jarvis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Jarvis' motion to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*